O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM KATASSE,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Acting Warden,<br><br>    Respondent. | Case No. CV 14-6717-AB (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    In his objections to the Report, Petitioner also requests an evidentiary hearing. However, in habeas proceedings, "an evidentiary hearing is not required on issues that can be resolved by reference to the state court record." Totten v. Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998); see also Earp v. Ornoski, 431 F.3d 1158, 1173 (9th Cir. 2005). "It is axiomatic that when issues can be resolved with reference to the state court record, an evidentiary hearing becomes nothing more than a futile exercise." Totten, 137 F.3d at 1176. Here, the Magistrate Judge concluded all of Petitioner's

1  claims could be resolved by reference to the state court record. Accordingly, the Court
2  denies Petitioner's request for an evidentiary hearing.
3      IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition
4  for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

6  Dated: December 17, 2015

                                                  _____
                                                HONORABLE ANDRÉ BIROTTE JR.
                                                UNITED STATES DISTRICT JUDGE